168 So. 194
### Robert BLANKENSHIP v. STATE.

### 8 Div. 733.

Supreme Court of Alabama.

May 14, 1936.

Wall & Creel, of Athens, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Robert Blankenship for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Blankenship v. State, 168 So. 193.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.